Palmer *v.* McClelland et ux., Appellants.

Argued April 29, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

reargument refused February 9, 1971.

*James L. Rankin,* with him *Rankin & Rankin,* for appellants.

*I. B. Sinclair,* with him *Bell, Pugh, Sinclair and Prodoehl,* for appellees.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed. Each party to pay own costs.
Mr. Justice COHEN took no part in the decision of this case.